IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **LARRY JONES,** | ) |
| | ) |
| Plaintiff, | ) |
| | )   CIVIL ACTION NO. |
| v. | )     2:15cv523-MHT |
| | )         (WO) |
| **RICKY LYONS, C.O. 1,** | ) |
| **et al.,** | ) |
| | ) |
| Defendants. | ) |

OPINION AND ORDER

This lawsuit is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 1404. There are no objections to the recommendation. After an independent and de novo review of the record, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no. 3) is adopted.

(2) This case is transferred to the United States District Court for the Southern District of Alabama.

The clerk of the court is to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 25th day of August, 2015.

                 /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE